AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: KM-16-0003 | Date and time warrant executed: 08-08-17 / 9:00 am | Copy of warrant and inventory left with: Residence |
|---|---|---|

Inventory made in the presence of: RAC Timothy Scott

Inventory of the property taken and name of any person(s) seized:

1) Misc. Indicia

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
2:53 pm, Jul 19, 2018
JEFFREY P. COLWELL, CLERK

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08-20-17

Executing officer's signature

TFO Scott D'Amor

Printed name and title